# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600181**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ALIA N. WARNER
Hospital Corpsman Second Class (E-5), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Bethany L. Payton-O'Brien, JAGC, USN.
For Appellant: Major Jason L. Morris, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 August 2016

———————————————

Before PALMER, MARKS, GROHARING, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court